■ RAYMOND J. INSALACO, Appellant, v WERNER LADDER CO. et al., Respondents, et al., Defendants. [773 NYS2d 673]—Appeal from an order of the Supreme Court, Monroe County (William Polito, J.), entered December 13, 2002. The order granted the motion of defendants Werner Ladder Co. and Stanley A. Kiska for summary judgment dismissing the complaint against them and denied plaintiff's cross motion.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Hayes, JJ.

■ PENN TRAFFIC COMPANY, INC., Appellant, v CAMILLUS COMMONS, LLC, Respondent. [773 NYS2d 672]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered January 8, 2003. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Hayes, JJ.